IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALVIS JACKSON WATKINS, JR.                                                                PLAINTIFF

v.                             Civil No. 5:22-cv-05027

CORPORAL SHANNON SMITH (Badge #125),
Washington County Sheriff's Department                                                    DEFENDANT

## ORDER

Pending before the Court are a number of motions filed by the Plaintiff. In the first Motion (ECF No. 16), Plaintiff asks for the Court to enter his sworn statement into evidence. The proper time for Plaintiff to submit such a sworn statement is in connection with the filing of a summary judgment motion by him or in responding to a motion for summary judgment filed by Defendants. There are no pending summary judgment motions. The Motion (ECF No. 16) is **DENIED.**

The second Motion (ECF No. 17) appears to be Plaintiff's statement of facts regarding in paragraphs contained in an incident report prepared by Defendant   Again, this type of filing should be submitted in connection with a summary judgment motion or a response to such a motion. The Motion (ECF No. 17) is **DENIED.**

The third Motion (ECF No. 18) appears to be a response to a discovery request by Defendant's counsel for any documents Plaintiff may have. Plaintiff asks the Court to serve the document on defense counsel. Discovery requests and responses are not filed with the Court unless they are submitted in support of a motion or in response to a motion. Plaintiff is responsible for serving his own discovery requests and discovery responses on Defendant's counsel. The Motion (ECF No. 18) is **DENIED.**

The fourth Motion (ECF No. 19) appears to be Plaintiff's requests for documents from Defendant. As previously noted, discovery requests are not filed with the Court. Plaintiff should

submit these requests directly to defense counsel.   The Motion (ECF No. 19) is **DENIED.**

The fifth Motion (ECF No. 20) asks for Defendant to be properly identified as Corporal Shannon Smith (Badge #125).   The Motion (ECF No. 20) is **GRANTED.**   The **Clerk** is directed to change the style of the case to reflect the Defendant's proper name.

The final Motion (ECF No. 23) is entitled "Motion-Direct Violation of S.O.P., Use of Force Policy, 4th Amendment."   Plaintiff then refers to various policies he believes Defendant violated.  Again, this type of filing should be submitted in connection with the filing of a summary judgment motion or a response to a summary judgment motion.   The Motion (ECF No. 23) is **DENIED.**

IT IS SO ORDERED this 5th day of July 2022.

/s/ *Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE