IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ALVIS JACKSON WATKINS, JR.**                                                                                              **PLAINTIFF**

V.                                               **CASE NO. 5:22-CV-5027**

**CORPORAL SHANNON SMITH (Badge #125),**
Washington County Sheriff's Department                                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 52) filed in this case on January 18, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, Defendant's Motion for Summary Judgment (Doc. 36) and Supplemental Motion (Doc. 46) are **GRANTED IN PART AND DENIED IN PART** as follows:

> (1) Watkins's Fourth Amendment claims based on Corporal Smith's entry onto the driveway of a third party and on the use of excessive force are **DISMISSED WITH PREJUDICE**;
>
> (2) Watkins's official capacity claims are **DISMISSED WITH PREJUDICE**; and

1

(3) Watkins's claim that Corporal Smith lacked probable cause to arrest him is **STAYED** during the pendency of Watkins's state court criminal case pursuant to the abstention doctrine set forth in *Younger v. Harris*, 401 U.S. 37 (1971).

The Clerk is directed to **ADMINISTRATIVELY CLOSE THE CASE** during the stay. The case may be reopened upon proper motion after the conclusion of the criminal trial if any issues remain for determination.

**IT IS SO ORDERED** on this 7th day of February, 2023.

>  */s/ Timothy L. Brooks*
>  TIMOTHY L. BROOKS
>  UNITED STATES DISTRICT JUDGE